# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MICHAEL WAYNE COX, | : |
| Plaintiff | : |
| VS. | : |
| Sheriff HOWARD R. SILLS and Major RICHARD HORN, | : NO. 5:10-CV-309 (MTT) |
| Defendants | : |
| | : **O R D E R** |

*Pro se* plaintiff **MICHAEL WAYNE COX** has filed a civil rights complaint under 42 U.S.C. § 1983. He now moves, before service, for voluntary dismissal of this action.

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily his action "before the opposing party serves either an answer or a motion for summary judgment[.]" Defendants have not yet served an answer or a motion for summary judgment. Accordingly, plaintiff's motion to dismiss is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 22nd day of October, 2010.

                                                                                 S/ Marc T. Treadwell
                                                                                 MARC T. TREADWELL, JUDGE
                                                                                 UNITED STATES DISTRICT COURT